(No. 6171—

GULF OIL CORPORATION, Acting by and through GULF OIL COMPANY, U.S., A Division thereof, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF AERONAUTICS, Respondent.

*Opinion filed August 30, 1971.*

GULF OIL CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6174—

PARKE DEWATT LABORATORIES, INC., An Illinois Corporation, d/b/a CENTRAL X-RAY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 30, 1971.*

RICHARD GIGANTE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.